In the Matter of the Petition of the BAR ASSOCIATION OF ERIE COUNTY.— Hon. John S. Lambert, official referee, is appointed referee in this proceeding, in place of Hon. Charles B. Wheeler, resigned.

In the Matter of the Examination of BUFFALO SAVINGS BANK, upon Application of ROY W. DOOLITTLE and Others, Appellants, against MARK A. TIFTICKJIAN, Defendant.— Motion denied, with ten dollars costs. We are not able from the record to determine that the order was upon default, for while the order does not set forth an appearance and objection by the appellants neither does it recite notice to them or to any attorney of record for them.

## FIRST DEPARTMENT, JULY, 1933.

SHELTON HOLDING CORPORATION v. 150 EAST FORTY-EIGHTH STREET CORPORATION and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

EDNA SAICH and HARRY SAICH v. CHATEAU AMUSEMENT CORPORATION.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

BESSIE HORNE v. AUGUSTUS S. HOUGHTON.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

In the Matter of the Arbitration between SKINNER, COOK & BABCOCK, INCORPORATED, and FOURTH CHURCH OF CHRIST, SCIENTIST (Borough of Manhattan, City of New York).— Motion for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

E. R. SQUIBB & SONS v. SHERAY, INC., and Others, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument and for a stay denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

ROSA ANZALONE, as Administratrix, etc., v. THE CITY OF NEW YORK.— Motion for reargument or for a resettlement denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

ELIZABETH B. VANDERKLOOT v. EDWARD W. HARDEN and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal, upon defendants' filing the undertaking required by section 593 of the Civil Practice Act. Present — Finch, P. J., Merrell, O'Malley, Townley and Glennon, JJ.

IRVING TRUST COMPANY v. THE CHASE NATIONAL BANK OF THE CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.